| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| RICHARD NOBLITT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:10-CV-74 |
| | § | |
| ORA G. SIMS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Richard Noblitt, a former prisoner, proceeding *pro se*, brought this civil rights action against Ora G. Sims, Mark Richards, Dr. Shaw Baker, Dr. Barbara Smith, Dr. Robert Behrns, Ahia Shabaaz, Guy Smith, Case Doughty, Judy L. Norris, Elva Beth Rumley-Ryland, Clarence Mosley and unidentified nurses.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the case.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

Case 1:10-cv-00074-MAC-KFG Document 12 Filed 12/19/12 Page 2 of 2 PageID #: 218

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 19th day of December, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2